## Lazetta Godfrey, Appellant, v. Albert W. Godfrey, Appellee.

**Term No. 44,024.**

Heard in this court at the February term, 1945; opinion filed March 5, 1945; rehearing denied June 21, 1945; released for publication June 27, 1945. Louis Beasley, for appellant; Martha L. Connole and James A. Farmer, for appellee. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.